# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.D. Appeal Dkt.
103 MAP 2014

| | |
|---|---|
| LEO E. AND SANDRA L. SHEDDEN, | : No. 222 MAL 2014 |
| | : |
| Petitioners | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ANADARKO E&P COMPANY, L.P., | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issue is:

The [t]rial [c]ourt found as a matter of law that the [l]essors are estopped from denying that an oil[-]and[-]gas lease covered after-acquired oil[-]and[-]gas rights even though the [l]essee only paid the [l]essors in proportion to the [l]essors' actual interest. Was it error for the Superior Court to affirm the [t]rial [c]ourt's grant of [s]ummary [j]udgment in favor of the [l]essee and against the [l]essors?